Hon. Benjamin H. Settle

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

|  |  |
|---|---|
| ALISHAN AHMED,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>HYUNDAI CAPITAL AMERICA, INC., dba HYUNDAI MOTOR FINANCE, dba KIA MOTOR FINANCE, a California Corporation,<br><br>　　　　　Defendant. | Case No. 3:25–cv–05134–BHS<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT (SECOND EXTENSION)** |

　　　　Defendant Hyundai Capital America, Inc., dba Hyundai Motor Finance, dba Kia Motor Finance, ("Defendant"), has filed an Unopposed Motion for Extension of Time to answer, move, or otherwise respond to Plaintiffs' Complaint.

　　　　Upon consideration of this Motion, for good cause shown and by agreement of the parties, it is hereby,

　　　　ORDERED that Defendant's Unopposed Motion for Extension of Time is GRANTED.

///

///

///

ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO COMPLAINT (SECOND EXTENSION):
CASE NO. 3:25–cv–05134–BHS　　　　2

**HOLLAND & KNIGHT LLP**
601 SW Second Avenue, Suite 1800
Portland, OR  97204
Telephone:  503.243.2300

It is FURTHER ORDERED that Defendant shall answer, move, or otherwise respond to Plaintiff's Complaint by March 14, 2025.

Dated this 3rd day of March, 2025

_____
Benjamin H. Settle
United States District Court Judge

Submitted By: *s/Garrett S. Garfield*
Garrett S. Garfield, WSBA No. 48375
E-mail: garrett.garfield@hklaw.com
601 SW Second Avenue, Suite 1800
Portland, OR 97204
Telephone: 503.243.2300

*Attorneys for Hyundai Capital America, Inc., dba Hyundai Motor Finance, dba Kia Motor Finance*

ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO COMPLAINT (SECOND EXTENSION):
CASE NO. 3:25–cv–05134–BHS        3

HOLLAND & KNIGHT LLP
601 SW Second Avenue, Suite 1800
Portland, OR 97204
Telephone: 503.243.2300