Hon. Benjamin H. Settle

# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF WASHINGTON

ALISHAN AHMED,

        Plaintiff,

v.

HYUNDAI CAPITAL AMERICA, INC., dba HYUNDAI MOTOR FINANCE, dba KIA MOTOR FINANCE, a California Corporation,

        Defendant.

Case No. 3:25–cv–05134–BHS

**ORDER GRANTING STIPULATION TO ARBITRATE AND STAY CASE**

## ORDER

THIS MATTER having come on the parties' Stipulation to Arbitrate and Stay Case, the Court having examined the files and records, it is hereby ORDERED that:

1. Plaintiff Alishan Ahmed ("Plaintiff") shall submit all claims and requests for relief asserted in this action against Defendant Hyundai Capital America, Inc. dba Hyundai Motor Finance, dba Kia Motor Finance ("HCA") to binding arbitration as set forth in their Stipulation to Arbitrate filed on March 31, 2025;

2. The arbitration will be administered by JAMS in Seattle pursuant to a forum selection clause in HCA's Retail Installment Contract (the "Agreement") and the JAMS

ORDER GRANTING STIPULATION TO ARBITRATE AND STAY CASE:
CASE NO. 3:25–cv–05134–BHS

1

**HOLLAND & KNIGHT LLP**
601 SW Second Avenue, Suite 1800
Portland, OR 97204
Telephone: 503.243.2300

1  Comprehensive Arbitration Rules & Procedures. The only fee that Mr. Ahmed will be required to
2  pay is the $250 consumer filing fee. All other costs will be borne by HCA.
3      3.    This action is hereby stayed pending completion of the arbitration;
4      4.    This court shall retain jurisdiction to enforce this stipulation, and confirm, modify
5  or vacate any arbitration award (pursuant to the Federal Arbitration Act, Sec. 1, *et seq.*);
6      5.    The parties shall notify the court within thirty (30) days of the conclusion of
7  arbitration proceedings.

9  Dated this 31st day of March, 2025

                  BENJAMIN H. SETTLE
                  United States District Judge

ORDER GRANTING
STIPULATION TO ARBITRATE
AND STAY CASE:
CASE NO. 3:25–cv–05134–BHS    2

HOLLAND & KNIGHT LLP
601 SW Second Avenue, Suite 1800
Portland, OR 97204
Telephone: 503.243.2300